EXHIBIT 1

Receipt : 23000010704

**COURT ADDRESS:**
P. O. BOX 69
STAFFORD, VA 22555
PHONE # :540-658-8750



Page 1 of 1

CRI

**OFFICIAL RECEIPT**
**STAFFORD COUNTY CIRCUIT COURT**
**CIVIL**

DATE : 10/31/2023         TIME : 09:13:31         CASE # : 179CL2300363200
RECEIPT # : 23000010704    TRANSACTION # : 23103100002
CASHIER : SXJ              REGISTER # : G895          FILING TYPE : CNTR        PAYMENT : FULL PAYMENT
CASE COMMENTS : MORRIS, RYAN-TYRONE v. SYNCHRONY FINANCIAL
SUIT AMOUNT : $3,112,145.00
ACCOUNT OF : MORRIS, RYAN-TYRONE
PAID BY : MORRIS, RYAN-TYRONE
MULTI : $698.00      CHECK/MO NUMBER : 1007
DESCRIPTION 1 : CNTR:CONTRACT (DAMAGES & PERFORMANCE) - $0.01 TO $49,999
2 : PLAINTIFF: MORRIS, RYAN-TYRONE
3 : NO HEARING SCHEDULED

| ACCOUNT CODE | DESCRIPTION | PAID | | ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|---|---|---|---|
| 049 | WRIT TAX (CIVIL) | $25.00 | | 219 | LAW LIBRARY | $4.00 |
| 106 | TECHNOLOGY TRST FND | $5.00 | | 228 | COURTHOUSE CONSTRUCTION FEE (CHCF) | $3.00 |
| 123 | LEGAL AID SERVICES | $9.00 | | 229 | COURTHOUSE MAINTENANCE FEE (CHMF) | $2.00 |
| 147 | INDIGENT ASSISTANCE (INA) | $1.00 | | 304 | CIVIL FILING FEE (LAW & EQUITY) | $290.00 |
| 170 | COURT TECHNOLOGY FUND | $10.00 | | | | |

TENDERED : $          698.00
AMOUNT PAID : $          349.00
APPLIED TO NEXT CASE : $          349.00

PAYOR'S COPY                     CLERK OF COURT : KATHY M. STERNE                     RECEIPT COPY 1 OF 2

# COVER SHEET FOR FILING CIVIL ACTIONS
COMMONWEALTH OF VIRGINIA

Case No. _____
(CLERK'S OFFICE USE ONLY)

_STAFFORD_ _____ Circuit Court

_Ryan Tyrone Morris_ _____ v./In re: _Synchrony Financial c/o Brian Wenzel_
PLAINTIFF(S)                                          DEFENDANT(S)

FILED
CLERK OF COURT
2023 OCT 30 P 3:38
STAFFORD CIRCUIT

I, the undersigned [✓plaintiff [ ] defendant [ ] attorney for [ ] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

## GENERAL CIVIL
**Subsequent Actions**
[ ] Claim Impleading Third Party Defendant
   [ ] Monetary Damages
   [ ] No Monetary Damages
[ ] Counterclaim
   [ ] Monetary Damages
   [ ] No Monetary Damages
[ ] Cross Claim
[ ] Interpleader
[ ] Reinstatement (other than divorce or driving privileges)
[ ] Removal of Case to Federal Court

**Business & Contract**
[ ] Attachment
[ ] Confessed Judgment
[ ] Contract Action
[✓] Contract Specific Performance
[ ] Detinue
[ ] Garnishment

**Property**
[ ] Annexation
[ ] Condemnation
[ ] Ejectment
[ ] Encumber/Sell Real Estate
[ ] Enforce Vendor's Lien
[ ] Escheatment
[ ] Establish Boundaries
[ ] Landlord/Tenant
   [ ] Unlawful Detainer
[ ] Mechanics Lien
[ ] Partition
[ ] Quiet Title
[ ] Termination of Mineral Rights

**Tort**
[ ] Asbestos Litigation
[ ] Compromise Settlement
[ ] Intentional Tort
[ ] Medical Malpractice
[ ] Motor Vehicle Tort
[ ] Product Liability
[ ] Wrongful Death
[ ] Other General Tort Liability

## ADMINISTRATIVE LAW
[ ] Appeal/Judicial Review of Decision of (select one)
[ ] ABC Board
[ ] Board of Zoning
[ ] Compensation Board
[ ] DMV License Suspensi
[ ] Employee Grievance C
[ ] Employment Commiss
[ ] Local Government
[ ] Marine Resources Co
[ ] School Board
[ ] Voter Registration
[ ] Other Administrative Appeal

## DOMESTIC/FAMILY
[ ] Adoption
   [ ] Adoption – Foreign
[ ] Adult Protection
[ ] Annulment
   [ ] Annulment – Counterclaim/Responsive Pleading
[ ] Child Abuse and Neglect – Unfounded Complaint
[ ] Civil Contempt
[ ] Divorce (select one)
   [ ] Complaint – Contested*
   [ ] Complaint – Uncontested*
   [ ] Counterclaim/Responsive Pleading
   [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
[ ] Separate Maintenance
   [ ] Separate Maintenance Counterclaim

## WRITS
[ ] Certiorari
[ ] Habeas Corpus
[ ] Mandamus
[ ] Prohibition
[ ] Quo Warranto

## PROBATE/WILLS AND TRUSTS
[ ] Accounting
[ ] Aid and Guidance
[ ] Appointment (select one)
   [ ] Guardian/Conservator
   [ ] Standby Guardian/Conservator
   [ ] Custodian/Successor Custodian (UTMA)
   are/Create

## MISCELLANEOUS
[ ] Amend Death Certificate
[ ] Appointment (select one)
   [ ] Church Trustee
   [ ] Conservator of Peace
   [ ] Marriage Celebrant
[ ] Approval of Transfer of Structured Settlement
[ ] Bond Forfeiture Appeal
[ ] Declaratory Judgment
[ ] Declare Death
[ ] Driving Privileges (select one)
   [ ] Reinstatement pursuant to § 46.2-427
   [ ] Restoration – Habitual Offender or 3rd Offense
[ ] Expungement
[ ] Firearms Rights – Restoration
[ ] Forfeiture of Property or Money
[ ] Freedom of Information
[ ] Injunction
[ ] Interdiction
[ ] Interrogatory
[ ] Judgment Lien-Bill to Enforce
[ ] Law Enforcement/Public Official Petition
[ ] Name Change
[ ] Referendum Elections
[ ] Sever Order
[ ] Taxes (select one)
   [ ] Correct Erroneous State/Local
   [ ] Delinquent
[ ] Vehicle Confiscation
[ ] Voting Rights – Restoration
[ ] Other (please specify) ........................

[✓] Damages in the amount of $ _3,112,145_ are claimed.

_30 Oct 2023_
DATE

[✓PLAINTIFF [ ] DEFENDANT [ ] ATTORNEY FOR [ ] PLAINTIFF [ ] DEFENDANT

_Ryan Tyrone Morris_
PRINT NAME

_333 Woodstream Boulevard_
ADDRESS/TELEPHONE NUMBER OF SIGNATOR

_Stafford, Virginia 22556_

EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

FORM CC-1416 (MASTER) PAGE ONE 07/16

Certified Mail/RR: 9589071052700437211694/95909402812923492l2548

333 Woodstream Boulevard
Stafford, Virginia 22556
Ryan-Tyrone: Morris

FILED
CLERK OF COURT

    Petitioner,

2023 OCT 30 P 3: 38

Against

Synchrony Bank
c/o Brian Wenzel
777 Long Ridge Road
Stamford, Connecticut 06902

CIRCUIT COURT
STAFFORD, VIRGINIA   **Petition for Order and Judgment of Default**

    Respondent.

## Notice of Default

One, Ryan-Tyrone: Morris petitions for entry of default by the Notary against respondent Synchrony Bank, for respondents failure to rebut petitioners Notices, filed on October 30, 2023 wherein petitioner demanded a rebuttal by Affidavit, within 20 days of Request of Contract Documentation. The respondent has instituted no rebuttal by Affidavit, therefore the respondent has acquiesced and is in statutory default. This Default Notice shall evidence that Ryan-Tyrone: Morris is correct in his analysis of the law and other inquiries contain within therein. By this Default Notice, the respondent is estopped from any further action against the Natural Human of the Petitioner and is without judicial standing, as no controversy in law or material fact between the two Parties exist.

Ryan-Tyrone: Morris
Petitioner

## ORDER OF DEFAULT

Default is entered in this action against the Respondent named in the foregoing Petition for failure to serve or file any paper as required by law.

Notary Public

10/30/2023
Dated

(Seal)

NANCY C. GOMEZ
Notary Public
Commonwealth of Virginia
Registration No. 366893
My Commission Expires Jun 30, 2025

Certified Mail/RR: 9589071052700437211694/959094028129234921254B

## CERTIFICATE OF SERVICE

On October 30, 2023, I mailed to:

> Brian Wenzel
> 777 Long Ridge Road
> Stamford, CT 06902

The papers identified as:

Notice of Default (1 leaf)

Invoice (1 leaf)

Certificate of Service (1 leaf)

For Ryan-Tyrone: Morris, by depositing them in a pre-paid, pre-addressed envelope, with the United States Post Office, certified mail #9589071052700437211694, Return Receipt Requested.

I am over the age of 18 and not a party to the transaction involving the papers I mailed.

*Ryan-Tyrone: Morris*

(Seal)

```
NANCY C. GOMEZ
Notary Public
Commonwealth of Virginia
Registration No. 366893
My Commission Expires Jun 30, 2023
```

_____
Notary Public

06/30/2025
_____
My commission expires

FILED
CLERK OF COURT

2023 OCT 30 P 3: 38

CIRCUIT COURT
STAFFORD, VIRGINIA

# INVOICE

DATE:                                               TO:              SYNCHRONY FINANCIAL
October 30, 2023                                                      777 Long Ridge Road
                                                                Stamford, Connecticut 06902
INVOICE #
111

| DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|
| Financial Information | $100,000 | $100,000 |
| Fraud | $1,000,000 | $1,000,000 |
| Racketeering | $1,000,000 | $1,000,000 |
| Identity Theft | $1,000,000 | $1,000,000 |
| Value of Note | $6,000 | $6,000 |
| Tendered "payments" | $6,145 | $6,145 |
| | TOTAL | $3,112,145 |

**MAKE ALL CHECKS PAYABLE TO RYAN MORRIS**
**THIS INVOICE IS DUE 10 DAYS FROM DAY OF RECEIPT**

Ryan Morris
333 Woodstream Boulevard
Stafford, Virginia 22556
Ryan86Morris@gmail.com
443-314-1216
August 26, 2023

Synchrony Financial
777 Long Ridge Road
Stamford, Connecticut, 06902

Subject: Request for Validation of Debt and Contract Documentation

Dear Mr. Wenzel,

I hope this letter finds you well. I am writing in regard to a contract/agreement associated with my account 6034622246214066, which I believe requires further clarification and validation. I am of the opinion that the said contract/agreement may be void due to several concerns related to disclosure, fraud, equitable consideration, and the establishment of a valid agreement.

Firstly, I believe that the contract/agreement lacks full disclosure, as I was not adequately informed that my signature would create credit that would fulfill the obligation. Nor was I informed that the initial contract/agreement would be transferred and deposited into a trust, where notes would be created and traded, thus bringing more revenue to the company through investors that purchase and receive interest from the note. There is no equal consideration for me creating this asset from the company. This raises questions about the transparency of the terms and conditions of the contract and its potential implications.

Additionally, I am concerned about the absence of equitable consideration. If my signature indeed led to the creation of credit, I am curious to understand what consideration the bank or institution provided in return for this credit. A valid contract necessitates an exchange of value between parties, and without proper consideration, the contract's legitimacy may be questionable.

Furthermore, I am inclined to question the validity of the contract due to the lack of a genuine meeting of the minds. The involvement of two wet signatures is typically an indication of mutual understanding and agreement between natural persons. However, considering that the company involved is not a natural person, the authenticity of this aspect of the contract comes into question.

Ex. 1

In light of these concerns, I kindly request that the bank provide the following documentation within a reasonable timeframe of 20 business days:

1. A comprehensive accounting of the account in question, clearly demonstrating the origination of the funds and the lending process, thus validating the debt.

2. A certified copy of the contract or agreement that binds both parties, signed by a representative with the authority of Chief Financial Officer or higher, accompanied by an affirmation of accuracy under penalties of perjury.

3. A signed affidavit certifying that these "evidence of indebtedness" are NOT based from the consumer credit transaction that initiated this relationship that are then transferred to be monetized to become "*SynchronySeries*" notes that are traded under tickers such as "SYFPrA".

I would be happy to continue paying as I have in the past, should you be able to provide me with the requested documentation. Should you be unable to furnish the requested documents within the stipulated timeframe, I kindly request that any and all funds I have tendered towards this contract/agreement be refunded promptly and the suspension of this obligation as indicated by the Uniform Commercial Code.

Additionally, if the situation has led to the escheatment of any funds, I would appreciate guidance on the procedures to retrieve these funds, ensuring that any potential complications are duly resolved.

I believe in a transparent and mutually beneficial relationship with your institution, and I hope that this matter can be resolved in a prompt and amicable manner. Your cooperation in addressing these concerns is greatly appreciated.

Thank you for your attention to this matter. I anticipate your timely response.

Sincerely,

*Ryan Tyrone Morris*

Ryan Morris
WITHOUT RECOURSE
UCC 1-308

Ex 1

## CERTIFICATE OF SERVICE

On August 26, 2023, I mailed to:

Brian Wenzel
777 Long Ridge Road
Stamford, CT 06902

The papers identified as:

Request for Validation of Debt and Contract Documentation (2 leaves)

Certificate of Service (1 leaf)

For Ryan-Tyrone: Morris, by depositing them in a pre-paid, pre-addressed envelope, with the United States Post Office, certified mail #9590940279752305553054, Return Receipt Requested.

I am over the age of 18 and not a party to the transaction involving the papers I mailed.

(Seal)

Shawan K Davis
Commonwealth of Virginia
Notary Public
Commission No. 125456
My Commission Expires 8/31/2027

Shawan K Davis, Notary Public

08/ 31/ 2027
My commission expires

G1 1

## INDIVIDUAL ACKNOWLEDGMENT

State/Commonwealth of _Virginia_

County of _Stafford_ } ss.

On this the _26th_ day of _August_, _2023_, before me,
Day                Month            Year

_Shawn K. Davis_, the undersigned Notary Public,
Name of Notary Public

personally appeared _Ryen Morris_

Name(s) of Signer(s)

☐ personally known to me **– OR –**

☑ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed
to the within instrument, and acknowledged to me
that he/she/they executed the same for the purposes
therein stated.

WITNESS my hand and official seal.

_Shawn K. Davis_
Signature of Notary Public

**Shawan K Davis**
**Commonwealth of Virginia**
**Notary Public**
**Commission No. 125456**
**My Commission Expires 8/31/2027**

_Place Notary Seal/Stamp Above_

_Shawn K. Davis_
_# 125456    08/31/2027_
Any Other Required Information
(Printed Name of Notary, Expiration Date, etc.)

---

### OPTIONAL

*This section is required for notarizations performed in Arizona but is optional in other states.*
*Completing this information can deter alteration of the document or fraudulent reattachment*
*of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Request For Validation of Debt & Contract Documentation_

Document Date: _08/24/2023_        Number of Pages: _3_

Signer(s) Other Than Named Above: _None_

---

©2020 National Notary Association

_Ex 1_

Certified Mail/RR: 95890710527004372137711/95909402840531564488642

Ryan Morris
333 Woodstream Blvd
Stafford, VA 22556
September 26, 2023

Synchrony Financial
c/o Brian Wenzel Sr
777 Long Ridge Road
Stamford, CT 06902

Re:     Notice of Non-Response
        Notice of Subrogation
        Privacy Rights Violation/Invoice

Dear Mr. Wenzel,

Regarding Certified Mail # 95890710527004372203156 received by you on August 31, 2023 regarding the lack of full disclosure, equitable consideration, a consolidated balance sheet, a copy of the original agreement with a signature from yourself or a higher officer of which can legally bind the company into contract, and other requests, to which I have not received correspondence. The document that was received (attached), was a decision to close the account which does not address the notice received on August 31, 2023.

In the event your dishonor through non-performance was unintentional, or due to reasonable neglect, I am attaching a copy of the same presentment to this Notice of Non-Response.

In addition to the requested information, per the Financial Accounting Standards Board regulations, when I deposited that commercial paper, I was due a cash receipt as that acceptance of that commercial paper is a liability on your books.

Allow me to re-emphasize that the exchange of that commercial paper was *not* intended to be a gift or abandoned. It was not meant to be converted into a Derivative Instrument used for hedging. It was not my intent for this to be derecognized, reclassified, and subsequently pledged as collateral to the SPE (Special Purpose Entity/Trust). It was meant to secure credit for personal, family, and household needs.

If you are unable to provide a point for point rebuttal, signed by you, pertaining to the requested information received on August 31, 2023, I, the Entitlement Holder, am demanding you take the following action:

1.  Remit all previously submitted tender and the face value of the instrument back to estate and provide detailed instructions on claiming tender that has been escheated, if applicable.

Additionally, there has been another privacy violation of Synchrony Financial reporting a balance to the Credit Reporting Agencies after a notice was sent and received pertaining to a previous violation. This is not only a breach of Fiduciary Duties, but it also identity theft. Due to this, an invoice will be attached to this notice, and there will be copies sent to the CFPB, Virginia Secretary of State, and Attorney General along with all supporting documentation. You have ten (10) days to remit payment for this violation. After completing a thorough investigation for a Registered Agent here in Virginia, I'm also led to believe that you are not authorized to do business in the State.

Ex 2

Certified Mail/RR: 9589071052700437213711/95909402840531564 88642

I believe in a transparent and mutually beneficial relationship with your institution, and I hope that this matter can be resolved in a prompt and amicable manner. Your cooperation in addressing these concerns is greatly appreciated and requested within ten (10) business days from the date this Notice is received.

Thank you for your prompt attention to this matter.

Sincerely,

*Ryan-Tyrone: Morris*

Ryan Morris, Surety/Subrogee
WITHOUT RECOURSE

ENCL:    ORIGINAL REQUEST received AUGUST 31, 2023
        COPY OF CLOSURE OF ACCOUNT
        COPY OF "REQUEST TO REMOVE LATE PAYMENT" received AUGUST 21, 2023
        COPY OF SYNCHRONY RESPONSE REGARDING REQUEST TO REMOVE LATE PAYMENT dated SEPTEMBER 15, 2023
        COPY OF TRANSUNION CREDIT REPORT dated SEPTEMBER 26, 2023
        LIST OF SUBSIDIARIES
        INVOICE FOR PRIVACY VIOLATION

G 2

## CERTIFICATE OF SERVICE

On September 26, 2023, I mailed to:

Brian Wenzel Sr
777 Long Ridge Road
Stamford, CT 06902

The papers identified as:

Notice of Non-Response, Subrogation, and Privacy Rights Violation (2 leaves)

Request for Validation and Contract Documentation (4 leaves)

Copy Of Closure Of Account (1 leaf)

Copy Of "Request To Remove Late Payment" Received August 21, 2023 (2 leaves)

Copy Of Synchrony Response Regarding Request To Remove Late Payment Dated September 15, 2023 (1 leaf)

Copy Of Transunion Credit Report Dated September 26, 2023 (3 leaves)

List of Subsidiaries (1 leaf)

Invoice For Privacy Violation (1 leaf)

Certificate of Service (1 leaf)

For Ryan-Tyrone: Morris, by depositing them in a pre-paid, pre-addressed envelope, with the United States Post Office, certified mail #958907105270043721371, Return Receipt Requested.

I am over the age of 18 and not a party to the transaction involving the papers I mailed.

(Seal)

FRANCES GORDON LOPEZ
Notary Public
Commonwealth of Virginia
Registration No. 7635152
My Commission Expires Oct 31, 2023

_Frances Gordon Lopez_
Notary Public

October 31, 2023
My commission expires

Ex 2

Ryan Morris
333 Woodstream Boulevard
Stafford, Virginia 22556
Ryan86Morris@gmail.com
443-314-1216
August 26, 2023

Synchrony Financial
777 Long Ridge Road
Stamford, Connecticut, 06902

Subject: Request for Validation of Debt and Contract Documentation

Dear Mr. Wenzel,

I hope this letter finds you well. I am writing in regard to a contract/agreement associated with my account 6034622246214066, which I believe requires further clarification and validation. I am of the opinion that the said contract/agreement may be void due to several concerns related to disclosure, fraud, equitable consideration, and the establishment of a valid agreement.

Firstly, I believe that the contract/agreement lacks full disclosure, as I was not adequately informed that my signature would create credit that would fulfill the obligation. Nor was I informed that the initial contract/agreement would be transferred and deposited into a trust, where notes would be created and traded, thus bringing more revenue to the company through investors that purchase and receive interest from the note. There is no equal consideration for me creating this asset from the company. This raises questions about the transparency of the terms and conditions of the contract and its potential implications.

Additionally, I am concerned about the absence of equitable consideration. If my signature indeed led to the creation of credit, I am curious to understand what consideration the bank or institution provided in return for this credit. A valid contract necessitates an exchange of value between parties, and without proper consideration, the contract's legitimacy may be questionable.

Furthermore, I am inclined to question the validity of the contract due to the lack of a genuine meeting of the minds. The involvement of two wet signatures is typically an indication of mutual understanding and agreement between natural persons. However, considering that the company involved is not a natural person, the authenticity of this aspect of the contract comes into question.

Ex 2

In light of these concerns, I kindly request that the bank provide the following documentation within a reasonable timeframe of 20 business days:

1. A comprehensive accounting of the account in question, clearly demonstrating the origination of the funds and the lending process, thus validating the debt.

2. A certified copy of the contract or agreement that binds both parties, signed by a representative with the authority of Chief Financial Officer or higher, accompanied by an affirmation of accuracy under penalties of perjury.

3. A signed affidavit certifying that these "evidence of indebtedness" are NOT based from the consumer credit transaction that initiated this relationship that are then transferred to be monetized to become *SynchronySeries*" notes that are traded under tickers such as "SYFPrA".

I would be happy to continue paying as I have in the past, should you be able to provide me with the requested documentation. Should you be unable to furnish the requested documents within the stipulated timeframe, I kindly request that any and all funds I have tendered towards this contract/agreement be refunded promptly and the suspension of this obligation as indicated by the Uniform Commercial Code.

Additionally, if the situation has led to the escheatment of any funds, I would appreciate guidance on the procedures to retrieve these funds, ensuring that any potential complications are duly resolved.

I believe in a transparent and mutually beneficial relationship with your institution, and I hope that this matter can be resolved in a prompt and amicable manner. Your cooperation in addressing these concerns is greatly appreciated.

Thank you for your attention to this matter. I anticipate your timely response.

Sincerely,

Ryan Morris
WITHOUT RECOURSE
UCC 1-308

Ex 2

## CERTIFICATE OF SERVICE

On August 26, 2023, I mailed to:

> Brian Wenzel
> 777 Long Ridge Road
> Stamford, CT 06902

The papers identified as:

> Request for Validation of Debt and Contract Documentation (2 leaves)

> Certificate of Service (1 leaf)

For Ryan-Tyrone: Morris, by depositing them in a pre-paid, pre-addressed envelope, with the United States Post Office, certified mail #9590940279752305553054, Return Receipt Requested.

I am over the age of 18 and not a party to the transaction involving the papers I mailed.

(Seal)

Shawan K Davis
Commonwealth of Virginia
Notary Public
Commission No. 125456
My Commission Expires 8/31/2027

Shawan K. Davis
Shawan K Davis, Notary Public

08/ 31/ 2027
My commission expires

Ex 2

## INDIVIDUAL ACKNOWLEDGMENT

State/Commonwealth of _Virginia_

County of _Stafford_ } ss.

On this the _26th_ day of _August_ _2023_ , before me,
          Day              Month              Year

_Shawan K. Davis_ , the undersigned Notary Public,
          Name of Notary Public

personally appeared _Ryan Morris_ ,
          Name(s) of Signer(s)

☐ personally known to me – **OR** –

☑ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed
to the within instrument, and acknowledged to me
that he/she/they executed the same for the purposes
therein stated.

WITNESS my hand and official seal.

_Shawan K. Davis_
Signature of Notary Public

Shawan K. Davis
# 125456   08/ 31/ 2027
Any Other Required Information
(Printed Name of Notary, Expiration Date, etc.)

Shawan K Davis
Commonwealth of Virginia
Notary Public
Commission No. 125456
My Commission Expires 8/31/2027

*Place Notary Seal/Stamp Above*

---

**———— OPTIONAL ————**

*This section is required for notarizations performed in Arizona but is optional in other states.
Completing this information can deter alteration of the document or fraudulent reattachment
of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Request for Validation of Debt & Contract Documentation_

Document Date: _08/ 26/ 2023_          Number of Pages: _3_

Signer(s) Other Than Named Above: _None_

---

©2020 National Notary Association

G 2

Synchrony Bank
PO Box 71754
Philadelphia, PA 19176-1754

94205
L108

09/01/2023

RYAN MORRIS
333 WOODSTREAM BLVD
STAFFORD VA 22556-4641

||||⸳⸳|⸳||⸳||⸳⸳⸳|⸳|⸳⸳⸳|||⸳|⸳||⸳||⸳||⸳|⸳⸳||||⸳⸳⸳|||

**Regarding your HOME DSGN-HVAC/SYNCHRONY BANK account ending in 4066**

Dear Ryan Morris,

After a review of your account, Synchrony Bank has decided to close your account.

The reason(s) for our decision are listed below:

* Activity on account(s) with Synchrony Bank indicative of high risk of failure to pay

If there is a balance on your account, it remains due, according to the terms and conditions of the account.

If you have any questions, please call the phone number listed below.

Sincerely,

Synchrony Bank
1-888-679-6300

**Please see reverse side for important information**

**Account is owned by Synchrony Bank**

Ex 2

Ryan Morris
333 Woodstream Blvd
Stafford, VA 22556
Ryan86Morris@gmail.com
44-314-1216
August 17, 2023

Synchrony Financial
777 Long Ridge Rd
Stamford, CT 06902

Subject: Request to Remove Late Payment from Credit Report (Account: 6034622246214066)

To Whom it May Concern:

I am writing to formally address a privacy violation that has come to my attention regarding the mishandling of my personal information and the inaccurate reporting of my credit history. Under the provisions of the United States Code, particularly 15 USC 1681b, 15 USC 1681a, 15 USC 6801, and 15 USC 6802, I am expressing my concerns and requesting remedial action to rectify this situation.

It has come to my attention that you have not properly completed the SSA3288 form, which is required under 15 USC 1681b to obtain and disclose my Social Security Number (SSN) for the purpose of reporting credit information. The unauthorized disclosure of my SSN and the subsequent reporting of inaccurate credit information constitute a violation of my rights under the Fair Credit Reporting Act (FCRA) and the Gramm-Leach-Bliley Act (GLBA).

Furthermore, your actions are in violation of 15 USC 6801, which outlines the restrictions on sharing nonpublic personal information without providing consumers with the appropriate privacy notices and opt-out provisions. The failure to adhere to these regulations has caused substantial harm to my privacy and financial well-being. I withdraw my consent to collect and process my personal information.

Under 15 USC 6802, financial institutions and entities are required to establish appropriate safeguards to protect the security and confidentiality of customer information. The mishandling of my personal information as evidenced by the incomplete SSA3288 form demonstrates a lack of compliance with these safeguards, putting me at risk of identity theft and unauthorized use of my information.

I am seeking prompt resolution of this matter. As per 15 USC 1681n, I am entitled to damages and penalties for willful non-compliance with the FCRA provisions. I hereby request that you take the following actions:

1. Immediately remove the late payment entry from my credit report as it was inaccurately reported due to the violation of my privacy rights.
2. Provide written confirmation of the removal of the late payment entry from all major credit reporting agencies.
3. Provide written confirmation that you no longer are collecting or processing my personal information.
4. Provide me with a written explanation of the corrective measures taken to prevent such privacy violations in the future.
5. Compensate me for any financial losses, emotional distress, or other damages incurred as a result of your violations $1,000 per entry.

G2

I appreciate your prompt attention to this matter and your compliance with the relevant laws and regulations. Please respond to this letter within 30 days with details of the actions you have taken to rectify this situation. Failure to do so may result in legal action to enforce my rights under federal law.

Thank you for your immediate attention to this matter. I look forward to your response.

Sincerely,

*Ryan-Tyrone: Morris*

Ryan Morris
ALL RIGHTS RESERVED

Ex 2

Synchrony Bank
P.O. Box 71754
Philadelphia, PA 19176-1754

73291

L108

09/15/2023

RYAN MORRIS
333 WOODSTREAM BLVD
STAFFORD VA 22556-4641

**Account Number Ending In: 4066**

Dear RYAN MORRIS,

Thank you for contacting us regarding your HOME DSGN-HVAC/SYNCHRONY BANK account. We value
your business and appreciate the opportunity to be of service to you.

We have reviewed your account in response to your credit bureau reporting dispute. Our review indicates we
are correctly reporting your above referenced account to the credit bureaus. This serves as confirmation of
the account status listed below as of the date of this letter.

there are no delinquencies reported in the credit history of your account listed above.

We appreciate having you as a HOME DSGN-HVAC/SYNCHRONY BANK customer. If you have any
additional questions, we encourage you to contact us at the phone number listed below.

Sincerely,

Customer Service Department
1-888-679-6300

Account is owned by Synchrony Bank

Ex 2

Certified Mail/RR: 9589071052700437213711/9590940284053156488642

# INVOICE

DATE:
September 26, 2023

TO:        Synchrony Financial
            777 Long Ridge Road
            Stamford, Connecticut 06902

INVOICE #
100

| DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|
| 15 USC 1681 Violation | $1,000 | $1,000 |
| Emotional Distress | $5,000 | $5,000 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | TOTAL | $6,000 |

**MAKE ALL CHECKS PAYABLE TO RYAN MORRIS**
**THIS INVOICE IS DUE 10 DAYS FROM DAY OF RECEIPT**

Ex 2

Certified Mail/RR: 9589071052700437213711/95909402840531564886642

## CERTIFICATE OF SERVICE

On September 26, 2023, I mailed to:

Brian Wenzel Sr
777 Long Ridge Road
Stamford, CT 06902

The papers identified as:

Notice of Non-Response, Subrogation, and Privacy Rights Violation (2 leaves)

Request for Validation and Contract Documentation (4 leaves)

Copy Of Closure Of Account (1 leaf)

Copy Of "Request To Remove Late Payment" Received August 21, 2023 (2 leaves)

Copy Of Synchrony Response Regarding Request To Remove Late Payment Dated September 15, 2023 (1 leaf)

Copy Of Transunion Credit Report Dated September 26, 2023 (3 leaves)

List of Subsidiaries (1 leaf)

Invoice For Privacy Violation (1 leaf)

Certificate of Service (1 leaf)

For Ryan-Tyrone: Morris, by depositing them in a pre-paid, pre-addressed envelope, with the United States Post Office, certified mail #9589071052700437213711. Return Receipt Requested.

I am over the age of 18 and not a party to the transaction involving the papers I mailed.

(Seal)

```
FRANCES GORDON LOPEZ
Notary Public
Commonwealth of Virginia
Registration No. 7635152
My Commission Expires Oct 31, 2023
```

_Frances Gordon Lopez_
Notary Public

_October 31, 2023_
My commission expires

Ex 2

‹ **Messages**

synchrony

## RE: Customer Concern

 **HOME DSGN-HVAC / SYNCHRONY BANK (...4066)**

From: Customer Service
To: RYAN MORRIS
09/29/23 21:28:01 EDT

September 29, 2023

Ryan Morris
333 Woodstream Blvd
Stafford, VA 22556-4641

RE:                    Home Design℠ Account Ending in 4066
       Creditor:            Synchrony Bank

Dear Ryan Morris:

On behalf of Synchrony Bank, and Brian Wenzel, Executive Vice President, Chief Financial Officer, Synchrony Financial, I am responding to your inquiry. I appreciate you bringing this matter to my attention.

We previously responded to your complaint on August 11, 2023. For your convenience, a copy of our response has been enclosed. After a review of your concerns regarding the validity of your debt, Synchrony Bank feels we have accurately addressed your concerns. Our position remains the same as stated in our original response.

Your account is important to us, and it is our goal to serve our customers in a timely and satisfactory manner. I regret any dissatisfaction you have experienced regarding this account; however, Synchrony Bank has complied with the terms of the account. Therefore, your request for all of your payments to be returned to you has been denied.

Your credit card account was opened on July 2, 2022 via customer facing merchant digital application system. You agreed and consented to the terms and conditions of the account via electronic method; therefore, no physical copy of the application is available. However, the

Gx 2

‹ **Messages**

were sent to you in the mail with your credit card on July 5, 2022, and I have enclose a copy for your review. With respect to the verification of the unpaid balance associated with your account, enclosed please find a copy of your digital sales slip and copies of your initial and last three monthly billing statements. These billing statements reflect transactions that were applied to the account.

Please be aware, your Home Design credit card account did not create notes. Rather, the account balance represents debts incurred by you for products and/or services received by you. In addition, we do not accept notes as payment for Synchrony Bank accounts. Because Synchrony Bank is not the maker of the note, we cannot default or be subject to a notice of dishonor.

This letter is to notify you we have examined the account file and verified the amount owed by you is accurate. In the absence of our receipt of any specific information or facts regarding the dispute referenced in your letter, we will assume this response resolves the matter. We expect to receive payment of amounts due under the terms of the account.

In accordance with federal regulations, we are providing you the address of each credit bureau agency that reports this account on your credit bureau report

Equifax
PO Box 740256
Atlanta, GA 30374-0256
(800) 525-6285
www.equifax.com

Experian
701 Experian Pky
PO Box 2002
Allen, TX 75013
(888) 397-3742
www.experian.com

TransUnion
2 Baldwin Place
PO Box 2000
Chester, PA 19022-2000
(800) 680-7289
www.transunion.com

Ex 2

**‹ Messages**

Atlanta, GA 30353-0088
(800) 540-2505
www.innovis.com

Thank you for the opportunity to respond to your concerns. If you have additional questions regarding this matter, please contact me via email at OfficeofthePresident@synchronyfinancial.com or by calling (800) 419-5010, extension 4167457. I welcome the opportunity to assist you.

Sincerely,

Charlene Porter
Office of the President
Synchrony Bank

Enclosure(s)

Attachments:

> Clntpres_MORRIS,RY...

--- Original Message ---
From: RYAN86MORRIS@GMAIL.COM <RYAN86MORRIS@GMAIL.COM>
Received: 9/29/23 1:59:33 PM MDT
To: donotreply@reply.synchronybank.com
Subject: Customer Concern

End of Messages

Ex 2

Certified Mail/RR: 95890710527004372078 71/95909 4028 129234921 4306

Ryan-Tyrone: Morris
333 Woodstream Blvd
Stafford, VA 22556
October 16, 2023

Synchrony Bank
c/o Brian Wenzel Sr
777 Long Ridge Road
Stamford, CT 06902

Re: Notice of Default - Affidavit Response Required

Dear Mr. Wenzel,

I hope this letter finds you well. This correspondence serves as a Notice of Default regarding the correspondence sent previously concerning account 6034622246214066.

I am in receipt of correspondence from "Charlene Porter", who claims to have the authority to speak on your behalf, which is hearsay as there is no documentation submitted proving this assertion. I have no knowledge of who she is and she has no personal knowledge of the matters at hand. Her limited understanding of banking is evident through the statement "we do not accept notes as payment". Money orders are notes, the applications are notes, cash is a note. The electronic correspondence from aforementioned employee pertaining to this matter is all hearsay. Sharing of nonpublic personal information is evidence of identity theft, fraud, and racketeering. There was no written authorization from the authorized representative to sell or exchange personal information. These crimes, in addition to my claims carry a severe penalty and I have attached my notarized and recorded fee schedule, along with an invoice for those crimes against the estate. Additionally, despite my previous attempts to contact you and provide a reasonable opportunity to resolve the matters associated with this account, I have not received the requested affidavit. As a result, I must consider this lack of response as an acquiescence and agreement on your part to remit the full payment for the note and all tender previously submitted since the origination of the agreement. You agree to the following:

- The agreement was void ab initio, as Synchrony Bank did not loan any currency and took the note without any consideration to me as the issuer. There was never equitable consideration.
- As the only signature on the note, that I am the creator and issuer of the note that is due the value of the note and its proceeds.
- Synchrony Bank has not fulfilled their fiduciary obligations and did not act in my best interests.
- There was no remuneration from the purchase of my financial asset from the underwriting team.

The relief sought is the total outstanding balance stands at $12,145, absent of any interest due. This includes the price of the note issued and all payment tendered. This amount is due and payable immediately in order to settle this claim.

In addition, report to the credit reporting agencies that this "loan" has been "paid in full" with a 0 balance. Synchrony Bank **does not** have my permission to report anything else on the credit report. Any further reporting will result in legal action. Selling the information of the estate is in direct violation of privacy laws and carry a severe penalty.

You have a final opportunity to resolve this matter within three (3) days from the receipt of this notice. To do so, I require the following:

1. Provide a signed and notarized affidavit confirming Synchrony actually loaned money from their institution.
   a. Provide FR2046 and/or balance sheet showing that the note was a liability on your books.
   b. A cash receipt.
2. A comprehensive accounting of the account in question, clearly demonstrating the origination of the funds and the lending process, thus validating the debt.

Ex 3

3.  A certified copy of the contract or agreement that binds both parties, signed by a representative with the authority of Chief Financial Officer or higher, accompanied by an affirmation of accuracy under penalties of perjury.

Please take this notice seriously, as failure to respond within the specified time frame will leave me with no alternative but to pursue legal remedies to collect the outstanding debt.

This Notice of Default is issued in accordance with applicable laws and regulations.

Sincerely,

Ryan-Tyrone: Morris
WITHOUT RECOURSE
DONE IN GOOD FAITH

Ex 3

Certified Mail/RR: 9589071052700437207871/9590940281292349214306

# INVOICE

DATE:
October 11, 2023

TO:

Synchrony Bank
777 Long Ridge Road
Stamford, CT 06902

INVOICE #
106

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | Financial Information | $100,000 | $100,000 |
| 1 | Fraud | $1,000,000 | $1,000,000 |
| 1 | Racketeering | $1,000,000 | $1,000,000 |
| 1 | Identity Theft | $1,000,000 | $1,000,000 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $3,100,000 |

**MAKE ALL CHECKS PAYABLE TO RYAN MORRIS**
**THIS INVOICE IS DUE 10 DAYS FROM DAY OF RECEIPT**

G3

# CERTIFICATE OF SERVICE

On October 16, 2023, I mailed to:

Brian Wenzel
777 Long Ridge Road
Stamford, CT 06902

The papers identified as:

Notice of Default (2 leaves)

Correspondence from Charlene Porter dated September 29, 2023 (2 leaves)

Invoice (1 leaf)

Notice of Intent/Fee Schedule (8 leaves)

Certificate of Service (1 leaf)

For Ryan-Tyrone: Morris, by depositing them in a pre-paid, pre-addressed envelope, with the United States Post Office, certified mail #9589071052700437207871, Return Receipt Requested.

I am over the age of 18 and not a party to the transaction involving the papers I mailed.

(Seal)

NANCY C. GOMEZ
Notary Public
Commonwealth of Virginia
Registration No. 366893
My Commission Expires Jun 30. 2025

_____
Notary Public

_____
My commission expires

Ex3

Ryan Morris
333 Woodstream Boulevard
Stafford, Virginia 22556
Ryan86Morris@gmail.com
443-314-1216
August 26, 2023

Synchrony Financial
777 Long Ridge Road
Stamford, Connecticut, 06902

Subject: Request for Validation of Debt and Contract Documentation

Dear Mr. Wenzel,

I hope this letter finds you well. I am writing in regard to a contract/agreement associated with my account 6034622246214066, which I believe requires further clarification and validation. I am of the opinion that the said contract/agreement may be void due to several concerns related to disclosure, fraud, equitable consideration, and the establishment of a valid agreement.

Firstly, I believe that the contract/agreement lacks full disclosure, as I was not adequately informed that my signature would create credit that would fulfill the obligation. Nor was I informed that the initial contract/agreement would be transferred and deposited into a trust, where notes would be created and traded, thus bringing more revenue to the company through investors that purchase and receive interest from the note. There is no equal consideration for me creating this asset from the company. This raises questions about the transparency of the terms and conditions of the contract and its potential implications.

Additionally, I am concerned about the absence of equitable consideration. If my signature indeed led to the creation of credit, I am curious to understand what consideration the bank or institution provided in return for this credit. A valid contract necessitates an exchange of value between parties, and without proper consideration, the contract's legitimacy may be questionable.

Furthermore, I am inclined to question the validity of the contract due to the lack of a genuine meeting of the minds. The involvement of two wet signatures is typically an indication of mutual understanding and agreement between natural persons. However, considering that the company involved is not a natural person, the authenticity of this aspect of the contract comes into question.

In light of these concerns, I kindly request that the bank provide the following documentation within a reasonable timeframe of 20 business days:

1. A comprehensive accounting of the account in question, clearly demonstrating the origination of the funds and the lending process, thus validating the debt.

2. A certified copy of the contract or agreement that binds both parties, signed by a representative with the authority of Chief Financial Officer or higher, accompanied by an affirmation of accuracy under penalties of perjury.

3. A signed affidavit certifying that these "evidence of indebtedness" are NOT based from the consumer credit transaction that initiated this relationship that are then transferred to be monetized to become "*SynchronySeries*" notes that are traded under tickers such as "SYFPrA".

I would be happy to continue paying as I have in the past, should you be able to provide me with the requested documentation. Should you be unable to furnish the requested documents within the stipulated timeframe, I kindly request that any and all funds I have tendered towards this contract/agreement be refunded promptly and the suspension of this obligation as indicated by the Uniform Commercial Code.

Additionally, if the situation has led to the escheatment of any funds, I would appreciate guidance on the procedures to retrieve these funds, ensuring that any potential complications are duly resolved.

I believe in a transparent and mutually beneficial relationship with your institution, and I hope that this matter can be resolved in a prompt and amicable manner. Your cooperation in addressing these concerns is greatly appreciated.

Thank you for your attention to this matter. I anticipate your timely response.

Sincerely,

*Ryan Tyrone Morris*

Ryan Morris
WITHOUT RECOURSE
UCC 1-308

## CERTIFICATE OF SERVICE

On August 26, 2023, I mailed to:

Brian Wenzel
777 Long Ridge Road
Stamford, CT 06902

The papers identified as:

Request for Validation of Debt and Contract Documentation (2 leaves)

Certificate of Service (1 leaf)

For Ryan-Tyrone: Morris, by depositing them in a pre-paid, pre-addressed envelope, with the United States Post Office, certified mail #9590940279752305553054, Return Receipt Requested.

I am over the age of 18 and not a party to the transaction involving the papers I mailed.

(Seal)

Shawan K Davis
Commonwealth of Virginia
Notary Public
Commission No. 125456
My Commission Expires 8/31/2027

Shawan K Davis, Notary Public

08/ 31/ 2027
My commission expires

## INDIVIDUAL ACKNOWLEDGMENT

State/Commonwealth of _Virginia_

County of _Stafford_ } ss.

On this the _26th_ day of _August_ , _2023_ , before me,
Day           Month              Year

_Shawan K. Davis_ , the undersigned Notary Public,
Name of Notary Public

personally appeared _Ryan Morris_ ,
Name(s) of Signer(s)

☐ personally known to me – **OR** –

☑ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

_Shawan K. Davis_
Signature of Notary Public

_Shawan K. Davis_

_# 125456     08/ 31/ 2027_
Any Other Required Information
(Printed Name of Notary, Expiration Date, etc.)

**Shawan K Davis**
**Commonwealth of Virginia**
**Notary Public**
**Commission No. 125456**
**My Commission Expires 8/31/2027**

*Place Notary Seal/Stamp Above*

───────── **OPTIONAL** ─────────

*This section is required for notarizations performed in Arizona but is optional in other states.*
*Completing this information can deter alteration of the document or fraudulent reattachment*
*of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Request For Validation of Debt & Contract Documentation_

Document Date: _08/ 24/ 2023_     Number of Pages: _3_

Signer(s) Other Than Named Above: _None_

©2020 National Notary Association

Synchrony Bank
PO Box 71754
Philadelphia, PA 19176-1754

94205
L108

09/01/2023

RYAN MORRIS
333 WOODSTREAM BLVD
STAFFORD VA 22556-4641

**Regarding your HOME DSGN-HVAC/SYNCHRONY BANK account ending in 4066**

Dear Ryan Morris,

After a review of your account, Synchrony Bank has decided to close your account.

The reason(s) for our decision are listed below:

• Activity on account(s) with Synchrony Bank indicative of high risk of failure to pay

If there is a balance on your account, it remains due, according to the terms and conditions of the account.

If you have any questions, please call the phone number listed below.

Sincerely,

Synchrony Bank
1-888-679-6300

**Please see reverse side for important information**

**Account is owned by Synchrony Bank**

Ryan Morris
333 Woodstream Blvd
Stafford, VA 22556
Ryan86Morris@gmail.com
44-314-1216
August 17, 2023

Synchrony Financial
777 Long Ridge Rd
Stamford, CT 06902

Subject: Request to Remove Late Payment from Credit Report (Account: 6034622246214066)

To Whom it May Concern:

I am writing to formally address a privacy violation that has come to my attention regarding the mishandling of my personal information and the inaccurate reporting of my credit history. Under the provisions of the United States Code, particularly 15 USC 1681b, 15 USC 1681a, 15 USC 6801, and 15 USC 6802, I am expressing my concerns and requesting remedial action to rectify this situation.

It has come to my attention that you have not properly completed the SSA3288 form, which is required under 15 USC 1681b to obtain and disclose my Social Security Number (SSN) for the purpose of reporting credit information. The unauthorized disclosure of my SSN and the subsequent reporting of inaccurate credit information constitute a violation of my rights under the Fair Credit Reporting Act (FCRA) and the Gramm-Leach-Bliley Act (GLBA).

Furthermore, your actions are in violation of 15 USC 6801, which outlines the restrictions on sharing nonpublic personal information without providing consumers with the appropriate privacy notices and opt-out provisions. The failure to adhere to these regulations has caused substantial harm to my privacy and financial well-being. I withdraw my consent to collect and process my personal information.

Under 15 USC 6802, financial institutions and entities are required to establish appropriate safeguards to protect the security and confidentiality of customer information. The mishandling of my personal information as evidenced by the incomplete SSA3288 form demonstrates a lack of compliance with these safeguards, putting me at risk of identity theft and unauthorized use of my information.

I am seeking prompt resolution of this matter. As per 15 USC 1681n, I am entitled to damages and penalties for willful non-compliance with the FCRA provisions. I hereby request that you take the following actions:

1. Immediately remove the late payment entry from my credit report as it was inaccurately reported due to the violation of my privacy rights.
2. Provide written confirmation of the removal of the late payment entry from all major credit reporting agencies.
3. Provide written confirmation that you no longer are collecting or processing my personal information.
4. Provide me with a written explanation of the corrective measures taken to prevent such privacy violations in the future.
5. Compensate me for any financial losses, emotional distress, or other damages incurred as a result of your violations $1,000 per entry.

I appreciate your prompt attention to this matter and your compliance with the relevant laws and regulations. Please respond to this letter within 30 days with details of the actions you have taken to rectify this situation. Failure to do so may result in legal action to enforce my rights under federal law.

Thank you for your immediate attention to this matter. I look forward to your response.

Sincerely,

*Ryan Tyrone Morris*

Ryan Morris
ALL RIGHTS RESERVED

Synchrony Bank
P.O. Box 71754
Philadelphia, PA 19176-1754

73291
L188

09/15/2023

RYAN MORRIS
333 WOODSTREAM BLVD
STAFFORD VA 22556-4641

**Account Number Ending In: 4066**

Dear RYAN MORRIS,

Thank you for contacting us regarding your HOME DSGN-HVAC/SYNCHRONY BANK account. We value your business and appreciate the opportunity to be of service to you.

We have reviewed your account in response to your credit bureau reporting dispute. Our review indicates we are correctly reporting your above referenced account to the credit bureaus. This serves as confirmation of the account status listed below as of the date of this letter.

there are no delinquencies reported in the credit history of your account listed above.

We appreciate having you as a HOME DSGN-HVAC/SYNCHRONY BANK customer. If you have any additional questions, we encourage you to contact us at the phone number listed below.

Sincerely,

Customer Service Department
1-888-679-6300

Account is owned by Synchrony Bank

Personal Credit Report for:

**RYAN MORRIS**

File Number:
**315748656**

Date Created:
**09/26/2023**

Visit **transunion.com/dispute** to start a dispute online.

# 👤 Personal Information

You have been on our files since 11/01/2004. Your SSN has been masked for your protection.

**Credit Report Date**

09/26/2023

**Social Security Number**

XXX-XX-8717

**Date of Birth**

09/29/1986

**Name**

RYAN T. MORRIS

## Also Known As

AKA

RYAN TYRONE MORRIS

AKA

RYAN T. MORRO

## Addresses

**Current Address**

333 WOODSTREAM BLVD STAFFORD, VA 22556-4641

| November 2012 | December 2012 | January 2013 | February 2013 | March 2013 | April 2013 |
|---|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating | Rating |
| OK | OK | OK | OK | OK | OK |

| May 2013 | June 2013 | July 2013 | August 2013 | September 2013 | October 2013 |
|---|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating | Rating |
| OK | OK | OK | OK | OK | OK |

| November 2013 | December 2013 |
|---|---|
| Rating | Rating |
| OK | OK |

Total Monthl

SYNCB/HOME DESIGN HVAC603462224621••••

## Account Information

| | |
|---|---|
| **Address** | C/O PO BOX 965036 ORLANDO, FL 32896-5036 |
| **Phone** | (866) 396-8254 |
| **Monthly Payment** | $181 |
| **Date Opened** | 07/03/2022 |
| **Responsibility** | Individual Account |
| **Account Type** | Revolving Account |
| **Loan Type** | CHARGE ACCOUNT |
| **Balance** | $1,140 |
| **Date Updated** | 09/19/2023 |
| **Payment Received** | $0 |
| **Last Payment Made** | 07/30/2023 |

**Credit Limit**

$19,400

**Pay Status**

Current; Paid or Paying as Agreed

**Terms**

$181 per month; paid Monthly

**Date Closed**

09/01/2023

**Remarks**

CLOSED BY CREDIT GRANTOR

## Payment History

| August 2022 | September 2022 | October 2022 | November 2022 | December 2022 | January 2023 |
|---|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating | Rating |
| OK | OK | OK | OK | OK | OK |

| February 2023 | March 2023 | April 2023 | May 2023 | June 2023 | July 2023 |
|---|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating | Rating |
| OK | OK | OK | OK | OK | OK |

| August 2023 |
|---|
| Rating |
| OK |

Total Mont

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SYNCB/LL FLOORING603461160414****

## Account Information

**Address**

C/O P.O. BOX 965036 ORLANDO, FL 32896-5036

**Phone**

(866) 396-8254

**Date Opened**

09/15/2013

**Responsibility**

Individual Account

EX-21.1 3 ex-21112312022.htm EX-21.1

Exhibit 21.1

### List of Subsidiaries

| Name of Subsidiary | Jurisdiction of Organization |
|---|---|
| CareCredit LLC | California |
| Loop Commerce, Inc. | Delaware |
| Pets Best Insurance Services, LLC | Idaho |
| Retail Finance Credit Services, LLC | Delaware |
| Retail Finance International Holdings, Inc. | Delaware |
| Retail Finance Servicing, LLC | Delaware |
| RFS Holding, Inc. | Delaware |
| RFS Holding, L.L.C. | Delaware |
| Sherman Clay & Co., LLC | Delaware |
| Synchrony Bank | United States |
| Synchrony Financial Canada | Ontario |
| Synchrony Financial Canada Company | Nova Scotia |
| Synchrony Global Services Philippines, Inc. | Philippines |
| Synchrony Holding Company | Nova Scotia |
| Synchrony International Resource Management, LLC | Delaware |
| Synchrony International Services Private Limited | India |
| Synchrony Lending, Inc. | Delaware |
| Synchrony Sales Finance Holding, LLC | Delaware |
| Synchrony Card Funding, LLC | Delaware |
| Synchrony Financial Services Puerto Rico, LLC | Delaware |

### Securitization Trusts

Without taking a position as to whether they are "subsidiaries" within the meaning of Rule 405, the following securitization entities are consolidated within the Company's financial statements:

| Name of Trust | Jurisdiction of Organization |
|---|---|
| Synchrony Credit Card Master Note Trust | Delaware |
| Synchrony Sales Finance Master Trust | Delaware |
| Synchrony Card Issuance Trust | Delaware |

# CERTIFICATE OF SERVICE

On September 26, 2023, I mailed to:

Brian Wenzel Sr
777 Long Ridge Road
Stamford, CT 06902

The papers identified as:

Notice of Non-Response, Subrogation, and Privacy Rights Violation (2 leaves)

Request for Validation and Contract Documentation (4 leaves)

Copy Of Closure Of Account (1 leaf)

Copy Of "Request To Remove Late Payment" Received August 21, 2023 (2 leaves)

Copy Of Synchrony Response Regarding Request To Remove Late Payment Dated September 15, 2023 (1 leaf)

Copy Of Transunion Credit Report Dated September 26, 2023 (3 leaves)

List of Subsidiaries (1 leaf)

Invoice For Privacy Violation (1 leaf)

Certificate of Service (1 leaf)

For Ryan-Tyrone: Morris, by depositing them in a pre-paid, pre-addressed envelope, with the United States Post Office, certified mail #9589071052700437213711, Return Receipt Requested.

I am over the age of 18 and not a party to the transaction involving the papers I mailed.

(Seal)

```
FRANCES GORDON LOPEZ
Notary Public
Commonwealth of Virginia
Registration No. 7635152
My Commission Expires Oct 31, 2023
```

Frances Gordon Lop
Notary Public

October 31, 2023
My commission expires

**Ryan Morris**
**333 Woodstream Blvd**
Stafford, VA 22556-4641

RE:                    Home Design<sup>SM</sup> Account Ending in 4066
   **Creditor:**            Synchrony Bank

Dear Ryan Morris:

On behalf of Synchrony Bank, and Brian Wenzel, Executive Vice President, Chief Financial Officer, Synchrony Financial, I am responding to your inquiry. I appreciate you bringing this matter to my attention.

We previously responded to your complaint on August 11, 2023. For your convenience, a copy of our response has been enclosed. After a review of your concerns regarding the validity of your debt, Synchrony Bank feels we have accurately addressed your concerns. Our position remains the same as stated in our original response.

Your account is important to us, and it is our goal to serve our customers in a timely and satisfactory manner. I regret any dissatisfaction you have experienced regarding this account; however, Synchrony Bank has complied with the terms of the account. Therefore, your request for all of your payments to be returned to you has been denied.

Your credit card account was opened on July 2, 2022 via customer facing merchant digital application system. You agreed and consented to the terms and conditions of the account via electronic method; therefore, no physical copy of the application is available. However, the Social Security number provided on the application ended in 8717, and the address provided was 333 Woodstream Blvd, Stafford, Virginia 22556. An additional copy of the terms and conditions were sent to you in the mail with your credit card on July 5, 2022, and I have enclose a copy for your review. With respect to the verification of the unpaid balance associated with your account, enclosed please find a copy of your digital sales slip and copies of your initial and last three monthly billing statements. These billing statements reflect transactions that were applied to the account.

Please be aware, your Home Design credit card account did not create notes. Rather, the account balance represents debts incurred by you for products and/or services received by you. In addition, we do not accept notes as payment for Synchrony Bank accounts. Because Synchrony Bank is not the maker of the note, we cannot default or be subject to a notice of dishonor.

This letter is to notify you we have examined the account file and verified the amount owed by you is accurate. In the absence of our receipt of any specific information or facts regarding the dispute referenced in your letter, we will assume this response resolves the matter. We expect to receive payment of amounts due under the terms of the account.

In accordance with federal regulations, we are providing you the address of each credit bureau agency that reports this account on your credit bureau report

Equifax
PO Box 740256
Atlanta, GA 30374-0256
(800) 525-6285
www.equifax.com

Experian
701 Experian Pky

PO Box 2002
Allen, TX 75013
(888) 397-3742
www.experian.com

TransUnion
2 Baldwin Place
PO Box 2000
Chester, PA 19022-2000
(800) 680-7289
www.transunion.com

Innovis
PO Box 530088
Atlanta, GA 30353-0088
(800) 540-2505
www.innovis.com

Thank you for the opportunity to respond to your concerns. If you have additional questions regarding this matter, please contact me via email at OfficeofthePresident@synchronyfinancial.com or by calling (800) 419-5010, extension 4167457. I welcome the opportunity to assist you.

Sincerely,

Charlene Porter
Office of the President
Synchrony Bank

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _____ Agent
_____ Addressee

B. Received by (Printed Name)    C. Date of De

1. Article Addressed to:

SYNCHRONY FINANCIAL
C/O BRIAN WENZEL
777 LONG RIDGE RD
STAMFORD, CT 06902

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Expre
☐ Registered Mail™
☐ Registered Mail Re
   Delivery
☐ Signature Confirma
☐ Signature Confirma
   Restricted Delivery

9590 9402 7975 2305 5530 54

2. Article Number (Transfer from service label)

89 0710 5270 0437 2031 56

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Re

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
◖ Print your name and address on the reverse
    so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
    or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____   ☐ Agent
                              ☐ Addre

B. Received by (Printed Name)   C. Date of Deli

1. Article Addressed to:

SYNCHRONY FINANCIAL

777 LONG RIDGE RD

STAMFORD CT 06902

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

|||||||||||||||||||||||||||||||||||||||

9590 9402 8405 3156 4886 42

2. Article Number (Transfer from service label)

89 0710 5270 0437 2137 11

3. Service Type                              ☐ Priority Mail Express
☐ Adult Signature                            ☐ Registered Mail™
☐ Adult Signature Restricted Delivery        ☐ Registered Mail Rest
☐ Certified Mail®                               Delivery
☐ Certified Mail Restricted Delivery         ☐ Signature Confirmati
☐ Collect on Delivery                        ☐ Signature Confirmati
☐ Collect on Delivery Restricted Delivery       Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Rec

From: Customer Service
To: RYAN MORRIS
10/23/23 16:36:45 EDT

October 23, 2023

**Ryan Morris**
333 Woodstream Blvd
Stafford , VA 22556

**RE:**              Home Design$^{SM}$-HVAC Account Ending in 4066
**Creditor:**        Synchrony Bank

Dear Ryan Morris:

On behalf of Synchrony Bank, and Brian Wenzel, Executive Vice President, Chief Financial Officer, Synchrony Financial, I am responding to your inquiry. I appreciate you bringing this matter to my attention.

We previously responded to your complaint on September 29, 2023 and August 11, 2023. For your convenience, a copy of our response has been enclosed. After a review of your concerns regarding debt validation and notes not accepted as forms of payments, Synchrony Bank feels we have accurately addressed your concerns. Our position remains the same as stated in our original response. As of October 12, 2023, your account balance is $1,140.39. We trust that you will pay the balance pursuant to the terms of your account.

The Terms & Conditions that govern your account, which I have attached for your reference, it explains Credit Bureau Reporting. It states *? We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be shown in your credit report?.*

In accordance with federal regulations, we are providing you the address of each credit bureau agency that reports this account on your credit bureau report

Equifax
PO Box 740256
Atlanta, GA 30374-0256
(800) 525-6285
www.equifax.com

Experian
701 Experian Pky
PO Box 2002
Allen, TX 75013
(888) 397-3742
www.experian.com

TransUnion
2 Baldwin Place
PO Box 2000
Chester, PA 19022-2000

(800) 680-7289
www.transunion.com
Case 7:24-cv-00207-RDA-WEF   Document 1-2   Filed 02/12/24   Page 49 of 60 PageID# 57

Innovis
PO Box 530088
Atlanta, GA 30353-0088
(800) 540-2505
www.innovis.com

Synchrony Financial is a federally chartered savings bank, with its home office in the state of Utah.

Thank you for the opportunity to respond to your concerns. If you have additional questions regarding this matter, please contact me via email at OfficeofthePresident@synchronyfinancial.com or by calling (800) 419-5010, extension 4167043. I welcome the opportunity to assist you.

Sincerely,

Deanna Tongret
Office of the President
Synchrony Bank

Enclosures;

**Attachments:**

ATTACHMENTS.pdf

--- Original Message ---
From: RYAN86MORRIS@GMAIL.COM <RYAN86MORRIS@GMAIL.COM>
Received: 10/23/23 12:33:45 PM EDT
To: donotreply@rcply.synchronybank.com
Subject: Synchrony-Customer Concern

End of Messages

**Synchrony Bank Sales Slip**

7777

## 1. Complete Sale Data

Customer Account Number: ████ 1 4 0 6 _____

Buyer Name: **RYAN MORRIS**

Merchant Number: ████████████

Merchant Name: **KASPER MECHANICAL LLC**

Employee ID (Optional): _____

Total Sale: $ |_0_|_6_|,|_0_|_0_|_0_|.|_0_|_0_|

Date of Sale: |_0_|_7_| / |_0_|_8_| / |_2_|_0_|_2_|_2_|

Amount Financed: $ |_0_|_6_|,|_0_|_0_|_0_|.|_0_|_0_|
This is the amount to be charged to your account.

## 2. Input Promotional Plan # |_9_|_2_|_2_| and select the promotion type below. Make sure the bubble is filled in next to the promotion type that you have selected.
See reverse side for additional details. Not all promotions are available to all Merchants.

○ Fixed Payment Reduced APR - Until Paid in Full

○ Equal Payment No Interest - Until Paid in Full

If the promotion type below is selected, make sure that the APR is filled in. For new accounts, that APR is 26.99% and the variable box should not be checked. For existing accounts, call 1-888-222-2176 to obtain cardholder's APR and determine if APR is variable.

⊗ No Interest if Paid in Full within |_1_|_2_| Months (Deferred Interest) |_2_|_6_|.|_9_|_9_|% 
No Interest Charges will be assessed if the promotional purchase balance is paid in full within the promo period. If the promotional purchase balance is not paid in full by the end of the promo period, interest will be imposed from the date of purchase at the APR entered above. Minimum monthly payments are required.

☐ Check if Variable -- If variable, APR varies with the market based on the Prime Rate.

Authorization Line 1-888-222-2176: Option 2, then Option 4

Auth Code: |_0_|_0_|_8_|_3_|_5_|_3_|

## 3. Product Information

Brand / Model # / Description / Invoice #: |_A_|_X_|_1_|_6_|_____

Brand / Model # / Description / Invoice #: _____

## Buyer Read & Sign

I acknowledge receipt of a completed copy of this Sales Slip and have reviewed and understand the promotional terms that will apply to this purchase. I authorize "Amount Financed" shown above to be charged to my credit card account in accordance to the contract between Buyer and Merchant and agree that the purchase will be governed by the terms of the Synchrony Bank Credit Card Agreement.

If this was an in-home sales transaction, I acknowledge that I have been provided by the Merchant with both the oral and written notice of my right, as a Buyer, to cancel this transaction (if applicable).

**Synchrony Bank assesses a one-time $29 Activation Fee under the Credit Card Agreement at the time the first purchase posts to the account.** Any additional surcharges or fees charged by the merchant in connection with applying for or using the Credit Card are prohibited.

Ryan86morris@gmail.com

BUYER SIGNATURE: **X** Electronic Signature Captured

DATE: **07/11/2022 11:19:25 AM**

**Funding Fax 1-888-222-2986**

202-631-CC (7/2020) HI-NO MLYU W- 2452580A

7777



## Accounts with Adverse Information

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

Account Name

SYNCB/HOME DESIGN HVAC603462224621****

## Account Information

Address

C/O PO BOX 965036 ORLANDO, FL 32896-5036

Phone

(866) 396-8254

Monthly Payment

$192

Date Opened

07/03/2022

Responsibility

Individual Account

Account Type

Revolving Account

Loan Type

CHARGE ACCOUNT

Balance

$1,208

Date Updated

10/20/2023

Payment Received

$0

Last Payment Made

07/30/2023

Pay Status

>Account 30 Days Past Due Date<

Terms

$192 per month, paid Monthly

Date Closed

09/01/2023

High Balance (Hist.)

High balance of $6,029 from 09/2023 to 10/2023

Credit Limit (Hist.)

Credit limit of $19,400 from 09/2023 to 10/2023

Estimated month and year this item will be removed

08/2030

## Payment History

| August 2022 | September 2022 | October 2022 | November 2022 | December 2022 | January 2023 |
|---|---|---|---|---|---|
| Balance ... | Balance ... | Balance ... | Balance ... | Balance ... | Balance ... |
| Past Due ... | Past Due ... | Past Due ... | Past Due ... | Past Due ... | Past Due ... |
| Amount Paid ... | Amount Paid ... | Amount Paid ... | Amount Paid ... | Amount Paid ... | Amount Paid ... |
| Scheduled Payment ... | Scheduled Payment ... | Scheduled Payment ... | Scheduled Payment ... | Scheduled Payment ... | Scheduled Payment ... |
| Remarks ... | Remarks ... | Remarks ... | Remarks ... | Remarks ... | Remarks ... |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| February 2023 | March 2023 | April 2023 | May 2023 | June 2023 | July 2023 |
|---|---|---|---|---|---|
| Balance ... | Balance ... | Balance ... | Balance ... | Balance ... | Balance ... |
| Past Due ... | Past Due ... | Past Due ... | Past Due ... | Past Due ... | Past Due ... |
| Amount Paid ... | Amount Paid ... | Amount Paid ... | Amount Paid ... | Amount Paid ... | Amount Paid ... |
| Scheduled Payment ... | Scheduled Payment ... | Scheduled Payment ... | Scheduled Payment ... | Scheduled Payment ... | Scheduled Payment ... |
| Remarks ... | Remarks ... | Remarks ... | Remarks ... | Remarks ... | Remarks ... |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| August 2023 | September 2023 | October 2023 |
|---|---|---|
| Balance ... | Balance $1,140 | Balance $1,208 |
| Past Due ... | Past Due $0 | Past Due $332 |
| Amount Paid ... | Amount Paid $0 | Amount Paid $0 |
| Scheduled Payment ... | Scheduled Payment $181 | Scheduled Payment $192 |
| Remarks ... | Remarks CHG | Remarks CHG |
| Rating OK | Rating OK | Rating 30 |

Total Months: 15

To Whom It May Concern:

The annexed Notice of Intent – Fee Schedule is a schedule of mandatory fees instated by the living breathing man, Ryan-Tyrone: Morris, Authorized Representative on behalf of RYAN TYRONE MORRIS ©, RYAN T. MORRIS © and RYAN MORRIS ©, Ens Legis.  I, Ryan-Tyrone: Morris ©, do hereby set forth fees to be instated in any business dealing with RYAN TYRONE MORRIS ©, RYAN T. MORRIS © and RYAN MORRIS ©, for any business conducted relevant to this schedule.  Fees are due and MUST be paid before said business can commence.  In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after day of receipt.  If said fees are not met, it is the right of Ryan-Tyrone: Morris, to refuse or void any form of business interaction and/or transaction.  Fees are subject to change at any time without prior notice. Ryan-Tyrone: Morris is the only Authorized Representative to alter, void, and/or enforce said fees and may do so at any time.

All Rights Reserved,

_Ryan-Tyrone: Morris_

Ryan-Tyrone: Morris
Authorized Representative for
RYAN TYRONE MORRIS ©, Ens Legis
**Without Prejudice**

### Witness and Acknowledgement

Commonwealth of Virginia
**Stafford County**

A living man affirmed before me, a Notary, on this ___10th___ day of ___October___, 2023, that Ryan-Tyrone: Morris, personally appeared and known to me to be the man whose name is referenced within the instrument and acknowledged to be the same.

Notary Public: _____

My Notary Commission expires ___12-31-2025___

SARA WRAY HANIFORD
Notary Public
Commonwealth of Virginia
Registration No. 7947704
My Commission Expires Dec 31, 2025

<u>Notice of Intent- Fee Schedule</u>

## Private Easements Schedule
    Penalty for Private Use             $250,000

## Public Easements Schedule
    Penalty for Public Use             $250,000

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders.

**Produce trade name materials:**

| | |
|---|---|
| a. Name | $ 50,000 |
| b. Drivers License Number | $ 50,000 |
| c. Social Security Number | $ 100,000 |
| d. Retinal Scans | $ 5,000,000 |
| e. Fingerprinting | $ 200,000 |
| f. Photographing | $ 200,000 |
| g. DNA | $ 5,000,000 |
|    1. Mouth swab | $ 5,000,000 |
|    2. Blood samples | $ 5,000,000 |
|    3. Urine samples | $ 5,000,000 |
|    4. Breathalyzer testing | $ 5,000,000 |
|    5. Hair samples | $ 5,000,000 |
|    6. Skin samples | $ 5,000,000 |
|    7. Clothing samples | $ 5,000,000 |
|    8. Forced giving of fluids/samples | $ 5,000,000 |

**Issue Traffic citations and tickets of any traffic nature:**

| | |
|---|---|
| a. Citations | $ 60,000 |
| b. Warning issued on Paper Ticket | $ 25,000 |

**Appearance in court because of traffic citations:**

| | |
|---|---|
| a. Time in court | $ 75,000/hr with 1 hour min. |
| b. If Fine is imposed | $ 500,000 |

**Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce,**

| | |
|---|---|
| a. Agency by Estoppel | $ 50,000 |
| b. Color of Law | $ 150,000 |
| c. Implied Color of Law | $ 150,000 |
| d. Criminal Coercion | $ 500,000 |
| e. Criminal Contempt of court | $ 500,000 |

**Notice of Intent- Fee Schedule**

| | | | |
|---|---|---|---|
| f. | Estoppel by Election | $ | 350,000 |
| g. | Estoppel by Laches | $ | 350,000 |
| h. | Equitable Estoppel | $ | 500,000 |
| i. | Fraud | $ | 1,000,000 |
| j. | Fraud upon the court | $ | 2,000,000 |
| k. | Larceny | $ | 250,000 |
| l. | Grand Larceny | $ | 250,000 |
| m. | Larceny by Extortion | $ | 1,000,000 |
| n. | Larceny by Trick | $ | 1,000,000 |
| o. | Obstruction of Justice | $ | 100,000 |
| p. | Obtaining Property by False Pretenses | $ | 1,000,000 |
| q. | Simulating Legal Process | $ | 1,000,000 |
| r. | Vexatious Litigation | $ | 5,000,000 |
| s. | Trespass upon Motor Conveyance | $ | 100,000 |
| t. | Unauthorized Relocation of Motor Conveyance | $ | 100,000 |
| u. | Seizure of Motor Conveyance | $ | 100,000 |
| v. | Theft of License Plate | $ | 10,000 |
| w. | Unlawful Lien on Motor Conveyance | $ | 50,000 |

**Use of trade name protected material under threat, duress, and/ or coercion:**

| | | | |
|---|---|---|---|
| a. | Name written by the informant | $ | 250,000 |
| b. | Drivers License written by informant | $ | 150,000 |
| c. | Social Security Number written by informant | $ | 150,000 |
| d. | Miscellaneous Material written by informant | $ | 500,000 |

**Produce any personal information/property for any kind of business interaction:**

| | | | |
|---|---|---|---|
| a. | Financial Information | $ | 100,000 |
| b. | Property inside of motor vehicle | $ | 150,000 |

<u>Notice of Intent- Fee Schedule</u>

**Time Usage for traffic stops:**

| | | | |
|---|---|---|---|
| a. | 30 minutes | $ | 5,000/30 minutes min |
| b. | 60 minutes | $ | 10,000 |
| c. | 90 minutes | $ | 15,000 |

## Court Appearance Schedule

These fees MUST be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5,000.00 for breach of contract.

**Demand for Appearance in court:**

a. My Appearance

    a. Under protest and duress:    $ 75,000/hour

    b. Voluntarily    $ 10,000/hour

**Use of trade name material**

a. Name

    a. Under protest and duress:    $ 25,000

    b. Voluntarily    $ 10,000

b. Drivers License

    a. Under protest and duress:    $ 25,000

    b. Voluntarily    $ 10,000

c. Social Security Number

    a. Under protest and duress:    $ 25,000

    b. Voluntarily    $ 10,000

d. Miscellaneous Material    $ 25,000

e. Produce any personal information for any kind of business interaction:

a. Financial Information    $ 10,000

b. Drivers License    $ 10,000

c. Social Security Number    $ 250,000

d. Any documents produced by me    $ 10,000 per document

**Notice of Intent- Fee Schedule**

**Time usage for court appearances:**

a. 30 minutes

    a.     Under Protest and Duress      $     33,500

    b.     Voluntarily      $     10,000

b. 60 minutes or more

    a.     Under Protest and Duress      $     75,500

    b.     Voluntarily      $     20,000

c. 90 minutes or more

    a.     Under Protest and Duress      $     100,500

    b.     Voluntarily      $     30,000

## Trespass-Fee Schedule

**Trespass** by public official(s), police officer(s), judge(s), attorney(s), Corporation(s)and other fictional entities as well as all others who desire to contract:

| | | |
|---|---|---|
| a. | Failure to honor God Given Rights | $20,000 |
| b. | Failure to honor Oath of Office | $50,000 |
| c. | Failure to honor Constitutional Oath | $50,000 |
| d. | Failure to honor Written and/or Oral Word | $ 5,000 |
| e. | Silence/Dishonor/Default | $ 5,000 |
| f. | Failure to honor /No Bond | $ 5,000 |
| g. | Phone call to telephone number used by Secured Party including from alleged debt collectors | $ 5,000 each |
| h. | Telephone message left on Secured Party phone Service or equipment | $ 5,000 each |
| i. | Use of Street Address/Mailing location of Secured Party | $ 5,000 each |
| j. | Time Waiting for Scheduled Service | $ 1,000 Minimum/hour |

## Notice of Intent- Fee Schedule

| | | |
|---|---|---|
| k. | Detention from Free Movement and/or cuffed | $ 75,000 Minimum/hour |
| l. | Incarceration | $ 75,000 Minimum/hour |
| m. | Failure to Follow Federal and/or State Statutes, Codes, Rules and/or Regulations | $ 50,000 |
| n. | Failure to State a Claim upon which Relief Can Be Granted | $25,0000 |
| o. | Failure to Present a Living Injured Party | $100,000 |
| p. | Failure to Provide Contract Signed by the Parties | $100,000* |
| q. | Failure to Provide IRS 1099OID(s), and Other IRS Reporting Form(s) Requirements upon Request | $100,000* |
| r. | Default By Non Response or Incomplete Response | $100,000* |
| s. | Fraud | $1,000,000* |
| t. | Racketeering | $1,000,000* |
| u. | Theft of Public Funds | $1,000,000* |
| v. | Dishonor in Commerce | $1,000,000* |
| w. | Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as set forth herein | $1,000,000** |
| x. | Perverting of Justice Judgment | $ 1,000,000* |
| y. | Use of Common-law Trade-name/Trade-mark After One Warning (per each occurrence) | $  50,000 Each |
| w. | Forcing psychiatric evaluations | $ 500,000 per day |
| x. | Refusal to provide adequate and proper nutrition while incarcerated | $ 50,000 per day |
| y. | Refusal to provide proper exercise while incarcerated | $ 50,000 per day |

## Notice of Intent- Fee Schedule

z.   Refusal to provide proper dental care while
     Incarcerated                                          $ 50,000 per day

aa. Forced giving of body fluids                           $ 5,000,000  per day

bb.  Forced injections/inoculations, vaccines              $ 5,000,000  per day

cc.  Forced separation from marriage contract              $ 160,000  per day

dd. Confiscation/kidnapping of a body not a US
    Citizen                                                $ 1,600,000 per day

ee.  Corporate State continuing a mortgage for more
     than five years in violation of Banking Act of
     1864 which takes precedence over current
     Statutes at large                                     $ 1,600,000 per day
     Attempted extortion of funds from birth certificate
     account, Social security account or any other
     associated accounts by fraud, deception and
     or Forgery by any agent, entity or corporation        $ 6,000,000 per count or
     charge

ff.   Attempted extortion of signature         $ 6,000,000 per count or charge

gg. Attempted forgery of signature             $ 6,000,000 per count or charge


*Per Occurrence and Includes any Third Party Defendant

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a
One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the
exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver
Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in
Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

**Total damages will be assessed as the total amount of the damages as set forth herein times three (3)
for a total of all damages as set forth in subsections a-w added to three (3) times the damages for
punitive or other additional damages.**

**Notice of Intent- Fee Schedule**

**Kidnapping (If an alleged officer removes free soul more than 5 feet from free soul's property without just cause, it IS kidnapping)**        $    500,000

**Services to others and/or Corporation(s):**

     a. Studying                                               $     500 per hour
         while under threat, duress, coercion       $ 75,000 per hour

     b. Analyzing                                             $     500 per hour
         while under threat, duress, coercion       $ 75,000 per hour

     c. Research                                              $     500 per hour
         while under threat, duress, coercion       $ 75,000 per hour

     d. Preparing Documents                          $     500 per hour
         while under threat, duress, coercion       $ 75,000 per hour

     e. Answering Questions                        $     500 per hour
         while under threat, duress, coercion       $ 75,000 per hour

     f. Providing Information                         $     500 per hour
         while under threat, duress, coercion       $ 75,000 per hour

**If invoiced, payment is due 15 days after receipt date.**

**Make all payments to:**

**Ryan-Tyrone: Morris**
c/o 333 Woodstream Blvd
Stafford, VA 22556

KATHY M. STERNE, CLERK
RECORDED BY: ACR